The Wolf Law Firm, LLC
1520 U.S. Hwy 130 – Suite 101
North Brunswick, NJ  08902
Tel: (732) 545-7900
Fax: (732) 545-1030

Philip D. Stern, Esq.
Philip D. Stern & Associates, LLC
Attorneys at Law
697 Valley Street, Suite 2d
Maplewood, NJ 07040
(973) 379-7500

*Attorneys for Plaintiff and the putative class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| THOMAS C. WILLIAMS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CBE GROUP, INC.,<br><br>Defendant. | Civil Action No. **2:11-cv-3680-PS**<br><br><br><br>**DECLARATION OF<br>ANDREW R. WOLF, ESQ.** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the Plaintiff through counsel shall move before the Hon. Patty Schwartz, U.S.M.J. (all parties having consented to jurisdiction) for preliminary approval of the Class Action Settlement entered into by the parties. In support of this motion, Plaintiff relies upon the brief, declaration of counsel with exhibits, and proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that no oral argument is requested.

Dated:  March 1, 2012

s/ *Andrew R. Wolf*
Andrew R. Wolf, Esq.
The Wolf Law Firm, LLC